## Ahsan Ul ABEDIN, Petitioner,

v.

## Alberto R. GONZALES, Attorney General, Respondent.

No. 05–1116.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 26, 2005.

Decided Oct. 20, 2005.

Andres Cayetano Benach, Maggio & Kattar, Washington, D.C., for Petitioner. Peter D. Keisler, Assistant Attorney Gen-

**838**

eral, M. Jocelyn Lopez Wright, Assistant Director, Daniel E. Goldman, Department of Justice, Washington, D.C., for Respondent.

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ahsan Ul Abedin, a native and citizen of Bangladesh, petitions for review of an order of the Board of Immigration Appeals ("Board") affirming, without opinion, the immigration judge's order denying his motion to reopen immigration proceedings. We have reviewed the record and the immigration judge's order and find that the immigration judge did not abuse his discretion in concluding that Abedin failed to establish that counsel rendered ineffective assistance. *See INS v. Doherty,* 502 U.S. 314, 323–24, 112 S.Ct. 719, 116 L.Ed.2d 823 (1992) (setting forth standard of review). Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED*